UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM T. DAWSON, JR.,
        Plaintiff,                      Civil Action 2:23-cv-1627
v.                                      Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Chelsey M. Vascura
PATRICK E. SHEERAN, *et al.*,
        Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 4), who recommends that Plaintiff's request to proceed in forma pauperis (ECF No. 3) be denied. The Magistrate Judge also advised Plaintiff that even if he pays the filing fee, his claims could be subject to dismissal under 28 U.S.C. § 1915A under the doctrines of judicial and prosecutorial immunity. *See Pierson v. Ray*, 386 U.S. 547, 553-54 (1967); *Imber v. Pachtman*, 424 U.S. 409, 427 (1976).

Plaintiff filed an Objection (ECF No. 5), in which he indicated that he was paying $300.00 towards his filing fee. However, Plaintiff failed to enclose any check and has, therefore, failed to comply with the Magistrate Judge's Order that required him to pay the filing fee by May 29, 2023.

Consequently, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES** this action without prejudice. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants and to **CLOSE** this case.

       IT IS SO ORDERED.


8/7/2023                                                            s/Edmund A. Sargus, Jr.
DATE                                                            EDMUND A. SARGUS, JR.
                                                                 UNITED STATES DISTRICT JUDGE