UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM T. DAWSON, JR.,

    **Plaintiff,**

v.

    Case No 2:23-cv-1627
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Chelsey M. Vascura

PATRICK E. SHEERAN, *et al.*,

    **Defendants.**

## ORDER

Plaintiff William T. Dawson, Jr. commenced this action by filing a Motion for Leave to Proceed *In Forma Pauperis*. (Pl. Mot., ECF No. 3.) The Magistrate Judge then issued a Report and Recommendation recommending that Mr. Dawson's motion be denied. (R&R, ECF No. 4.) The Court adopted the Report and Recommendation, denied Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, and ordered Mr. Dawson to pay the filing fee within fourteen days. (Order, ECF No. 16.) He failed to do so, and the Magistrate Judge issued a Report and Recommendations recommending the Court dismiss Mr. Dawson's action for failure to prosecute his claims. (ECF No. 17.) Mr. Dawson was given fourteen days from the Magistrate Judge's May 15, 2024, Report and Recommendations to object. (*Id.* at PageID # 280–81.) As of the date of this Order, Mr. Dawson has not objected.

Mr. Dawson's failure to prosecute his case and failure to comply with the Order warrant dismissal under Federal Rule of Civil Procedure 41(b). District courts have the power to dismiss civil actions *sua sponte* for lack of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31

1

(1962).  Mr. Dawson's status as a *pro se* litigant makes no difference.  *See Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir. 1991).  Indeed, the Supreme Court has held that "procedural rules in ordinary civil litigation should [not] be interpreted so as to excuse mistakes by those who proceed without counsel."  *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Accordingly, the Court **ADOPTS** Magistrate Judge Vascura's Report and Recommendations (ECF No. 17), and this action is **DISMISSED without prejudice** for lack of prosecution and for failure to comply with a Court Order.  Mr. Dawson is **ORDERED** to list 2:23-cv-1627 as a related case if he re-files this action.  The Court will not assess the filing fee in this matter, and Mr. Dawson's motion for *in forma pauperis* is **DENIED**.  (ECF No. 3.)

The Clerk is **DIRECTED** to **ENTER JUDGMENT** and **TERMINATE** this case.

**IT IS SO ORDERED.**

**7/9/2024**　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**